UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

**BONNIE BROXTERMAN,**
**INDIVIDUALLY**
**AND AS MOTHER AND NEXT**
**FRIEND OF**
**HER MINOR SON, JOSHUA**
**REDMAN,**

                 **Plaintiffs,**

v.

**WAL-MART STORES, INC.,**

And

**CIBA VISION,**
**A NOVARTIS PHARMACEUTICALS**
**COMPANY**

                 **Defendants,**

Civil Action No. 2:06-cv-57-WOB

**Electronically Filed**

**JOINT STATUS REPORT**

Come counsel for all parties in this action and advise the Court that the above referenced matter has been settled in its entirety. A Joint Motion to Dismiss and an Agreed Order Dismissing With Prejudice has been filed by the parties this same date.

1

Dated:  November 10, 2008

                            Respectfully submitted,

/s/ William Theodore Knoebber, III
By:  Sam E. Isaacs, II, with permission
William Theodore Knoebber, III, Esq.
319 York Street
Newport, KY 41071
Tel:   (859 491-2600
Fax:  (859) 491-5076
E-mail:  tedknoebber@fuse.net
**Counsel for Plaintiffs**


 /s/ Sam E. Isaacs, II
Sam E. Isaacs, II
SAM E. ISAACS, II, PLC
401 West Main Street
Suite 303
Lexington, Kentucky 40507
Tel: (859) 233-1044
Fax: (859) 231-9639
E-mail:  sisaacs@sisaacslaw.com
**Counsel for Defendants Wal-Mart and CIBA VISION**

2